**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Richmond Division**

DAVID PINKOSKI., *et al.*

Plaintiff,

v. Case No. 3:15-cv-463-JAG

THOMAS J. MCINERNEY, *et al.*

Defendant,

and

GENWORTH FINANCIAL
INCORPORATED, U.S.,

Nominal Defendant.

**ORDER**

This matter comes before the Court on the Motion to Consolidate Related Actions and to Appoint Lead Plaintiffs and to Approve Lead Plaintiffs' Selection of Co-Lead and Liaison Counsel. (Dk. No. 5.) The Court DIRECTS all parties to file reply briefs no later than September 24, 2015.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: September 14, 2015
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge