**CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET**

DATE: 9/28/15

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>In Re Genworth, Pinkoski v. MkInerney, Cohen v. McInerney, Salberg v. McInerney, International Union of Operating Engineers v. McInerney | CASE NOS: 3:14CV682, 3:15CV463, 3:15CV504, 3:15CV517, 3:15CV527<br><br>JUDGE: Gibney<br><br>COURT REPORTER: G. Halasz, OCR |

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING ( ) OTHER: Pretrial Conference

APPEARANCES: Parties by (x )/with ( x ) counsel Pro Se ( )

MOTIONS BEFORE TRIAL:

**PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) Court ( )
OPENING STATEMENTS MADE ( ) OPENING WAIVED ( )
PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) ______________________
DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) ____________________
EVIDENCE CONCLUDED ( ) ARGUMENTS OF COUNSEL HEARD ( x )

CASE CONTINUED UNTIL ____________________ AT _____________ .M. FOR ____________________

ADDITIONAL NOTATIONS: a hearing was held to determine the issue of consolidation of the class action and derivative cases; arguments heard on issue of determining lead counsel for derivative plaintiffs; a ruling on who shall be lead counsel shall be issued by the end of the week; an amended consolidated complaint on the derivative cases will be due 21 days from that order, responses are due 21 days thereafter, replies are due 7 days after the response; the Court orders the cases consolidated for discovery purposes but discovery is stayed pending ruling on the motion to dismiss; the motion to dismiss filed in case 3:15cv504 is denied as moot; the costs of discovery will be split between the class plaintiffs and derivative plaintiffs; a hearing on the motion to dismiss will be scheduled the week of December 14

Susan Podolsky, Michael Fistel, Brett Stecker, Jeffrey Geiger, Judith Scolnick, Dustin Schubert, Robert Wilson
Counsel for Plaintiff(s)

Gregory Danilow, Caroline Zalka, Brian Pumphrey, Elizabeth Edwards, Gregory Kerewan
Counsel for Defendant(s)

SET: 10:00 BEGAN: 10:00 ENDED: 11:55 TIME IN COURT: 1 hour 31 mins

RECESSES: 11:11-11:35