IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DAVID PINKOSKI, *et al.*,

Plaintiffs,

Civil Case No.: 3:15-cv-463-JAG

v.

THOMAS J. MCINERNEY, *et al.*,

Defendants.

**ORDER**

This matter comes before the Court upon plaintiffs' Motion for Voluntary Dismissal without Prejudice Pursuant to FRCP Rules 23.1(C) and 41. The Court DIRECTS the plaintiffs to create a plan to provide notice to the nonparty shareholders, and submit that plan to the Court no later than October 12, 2015.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: October 5th, 2015

Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge