IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DAVID PINKOSKI, *et al.*,

Plaintiffs,

Civil Case No.: 3:15-cv-463-JAG

v.

THOMAS J. MCINERNEY, *et al.*,

Defendants.

**ORDER**

This matter comes before the Court upon plaintiffs' Plan to Provide Notice to Non-Party Shareholders of their Voluntary Dismissal of their Claims Without Prejudice. (Dk. No. 38.) Upon due consideration, the Court FINDS the plan insufficient. The Court DIRECTS the plaintiffs to AMEND their plan to include placement of the notice in a publication of national circulation such as the Wall Street Journal, New York Times, or USA Today.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: October 14, 2015

Richmond, Virginia

/s/ [signature]
John A. Gibney, Jr.
United States District Judge