UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DAVID PINKOSKI, Derivatively on Behalf of GENWORTH FINANCIAL, INC., Plaintiff, v. THOMAS J. MCINERNEY, MARTIN P. KLEIN, WILLIAM H. BOLINDER, G. KENT CONRAD, MELINA E. HIGGINS, NANCY J. KARCH, CHRISTINE B. MEAD, DAVID M. MOFFETT, THOMAS E. MOLONEY, JAMES A. PARKE, JEROME UPTON, JAMES S. RIEPE, and MICHAEL D. FRAIZER, Defendants, – and – GENWORTH FINANCIAL, INC., a Delaware corporation, Nominal Defendant. | Master File No. 3:15-cv-00463-JAG (Consolidated with 3:15-cv-00504-JAG, 3:15-cv-00517-JAG, 3:15-cv-00517-JAG) |

**ORDER**

AND NOW, this 22d day of October, 2015, it is hereby ADJUDGED, DECREED, and ORDERED that the Motion of Sarah Warren Smith to withdraw as counsel of record for the Plaintiffs, David Pinkoski and Richard Salberg, is GRANTED and Sarah Warren Smith is removed as attorney of record.

ENTERED: 10/22/15

/s/
John A. Gibney, Jr.
United States District Judge
JUDGE