IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DAVID PINKOSKI, *et al.*,

Plaintiffs,

Civil Case No.: 3:15-cv-463-JAG

v.

THOMAS J. MCINERNEY, *et al.*,

Defendants.

**ORDER**

This matter comes before the Court upon plaintiffs' Third Amended Plan to Provide Notice to Non-Party Shareholders of their Voluntary Dismissal of their Claims Without Prejudice. (Dk. No. 44.) Upon due consideration, the Court APPROVES the third amended plan.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: November 2, 2015

Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge